# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| IOWA SAFE SCHOOLS, formerly known as GLBT Youth in Iowa Schools Task Force, *et al.*,<br><br>   Plaintiffs–Appellees,<br><br>v.<br><br>KIM REYNOLDS, in her official capacity as Governor of the State of Iowa, *et al.*,<br><br>   Defendants–Appellants,<br><br>MATT DEGNER, in his official capacity as Iowa City Community School District Superintendent, *et al.*,<br><br>   Defendants. | Case No. 25-2186<br><br>**APPELLANTS' DESIGNATION OF APPENDIX METHOD & STATEMENT OF ISSUES** |

    Kim Reynolds, McKenzie Snow, and John Robbins ("State Defendants"), submit the following designation and statement of issues under the Federal Rules of Appellate Procedure. This appeal follows from Case No. 4:23-cv-00474-SHL-SBJ (S.D. Iowa).

## I.   Designation.

State Defendants and Plaintiffs have conferred and agreed to the following joint designation of the record for the appendix, under Eighth Circuit Rule 30A:

- R. Doc. 115 Plaintiffs' Renewed Motion for Preliminary Injunction;

- R. Doc. 115-1 Plaintiffs' Brief ISO Renewed Motion for Preliminary Injunction;
- R. Doc. 115-2 to 115-17, Exhibits to Plaintiffs' Renewed Motion for Preliminary Injunction;
- R. Doc. 117, Plaintiffs' Errata *ECF 115-11 correcting cover page for exhibit* re 115 Motion for Preliminary Injunction;
- R. Doc. 121, First Amended Complaint;
- R. Doc. 125, School District Defendants' Response to Plaintiffs' Renewed Motion for Preliminary Injunction;
- R. Doc. 128, State Defendants' Resistance to Plaintiffs' Renewed Motion for Preliminary Injunction;
- R. Doc. 132, Plaintiffs' Reply in Support of Renewed Motion for Preliminary Injunction;
- R. Doc. 139, Transcript of Proceedings re: Hearing on Plaintiffs' Renewed Motion for Preliminary Injunction;
- R. Doc. 141, Order Granting in Part and Denying in Part Plaintiffs' Renewed Motion for Preliminary Injunction.

II. **Statement of Issues.**

State Defendants intend to present the following issue on appeal:

1. Whether the district court abused its discretion or otherwise erred when it imposed a renewed preliminary injunction against Iowa Senate File 496.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

ERIC WESSAN
*Solicitor General*

/s/ *Patrick C. Valencia*
PATRICK C. VALENCIA
*Deputy Solicitor General*

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov

ATTORNEYS FOR STATE DEFENDANTS

# CERTIFICATE OF SERVICE

I certify that the foregoing was filed with the Clerk using the appellate CM/ECF system on June 30, 2025. All counsel of record are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

June 30, 2025    */s/ Patrick C. Valencia*
PATRICK C. VALENCIA
*Deputy Solicitor General*

*Counsel for State Defendants*