# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-2186

Iowa Safe Schools, formerly known as GLBT Youth in Iowa Schools Task Force, et al.

Appellees

v.

Kim Reynolds, in her official capacity as Governor of the State of Iowa, et al.

Appellants

Matt Degner, in his official capacity as Iowa City Community School District Superintendent, et al.

------------------------------

State of Minnesota, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:23-cv-00474-SHL)

---

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

May 12, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler